237 So.2d 889

**STATE of Louisiana ex rel.
Oliver LAVERGNE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50769.

July 28, 1970.

Application denied. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

237 So.2d 889

**STATE of Louisiana**

v.

**Charles TAYLOR.**

No. 50802.

Aug. 13, 1970.

Writ refused. The judgment is not final. Relator has an adequate remedy by way of application for writ in the event of conviction.